IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Saulsberry, Fredrick

Printed: 9/18/07

Case Number: 07 B 02873
Judge: Squires, John H
Filed: 2/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  September 17, 2007
Confirmed: April 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,132.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,070.87 |
| Trustee Fee: |  | 61.13 |
| Other Funds: |  | 0.00 |
| Totals: | 1,132.00 | 1,132.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,300.00 | 1,070.87 |
| 2. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 3. | GRP Financial Services Corporation | Secured | 0.00 | 0.00 |
| 4. | GRP Financial Services Corporation | Secured | 10,702.73 | 0.00 |
| 5. | GRP Financial Services Corporation | Secured | 3,297.53 | 0.00 |
| 6. | Capital One | Unsecured | 92.34 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 59.99 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 256.87 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 510.50 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 685.56 | 0.00 |
| 11. | I C Systems Inc | Unsecured | 10.60 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 161.29 | 0.00 |
| 13. | Comcast | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,077.41 | $ 1,070.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 61.13 |
|  | $ 61.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Saulsberry, Fredrick

Printed: 9/18/07

Case Number: 07 B 02873
Judge: Squires, John H
Filed: 2/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_